**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| DEBORAH DEE STONE | ) | Case No. 24-12767 MER |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| DEBORAH DEE STONE, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 24-01181 MER |
| | ) | |
| v. | ) | |
| | ) | |
| REAL ESTATE EQUITY EXCHANGE, INC; UNISON AGREEMENT CORP.; ODIN NEW HORIZON REAL ESTATE FUND LP; and UNISON INVESTMENT MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO ADVERSARY COMPLAINT**

Real Estate Equity Exchange, Inc., Unison Agreement Corp., Odin New Horizon Real Estate Fund LP, and Unison Investment Management, LLC (together, "Defendants"), by and through undersigned counsel, hereby file this unopposed motion for an extension of time for Defendants to answer or otherwise plead in response to the Adversary Proceeding Complaint & Objection to Proof of Claim No. 16 (the "Complaint") filed by Debtor Deborah Dee Stone ("Plaintiff"). In support of this motion, Defendants state as follows:

1. On August 9, 2024, Plaintiff filed her Complaint, asserting multiple claims for relief against Defendants.

2. Pursuant to the Summons issued on August 9, 2024, Defendants must answer or otherwise plead in response to the Complaint on or before September 9, 2024.

3. Pursuant to Fed. R. Bankr. P. 9006(b)(1), the Court, "for cause shown may at any time in its discretion" extend Defendant's deadline if the request for the extension is made before the expiration of the original deadline.

4. Undersigned counsel has only recently been retained by Defendants. In the Complaint, Plaintiff has asserted eight claims for relief against Defendants, including an objection to a proof of claim. An extension of time will allow Defendants to fully review the allegations and claims asserted by Plaintiff, as well as defenses.

5. Accordingly, cause exists to extend the deadline for Defendants to answer or otherwise plead in response to the Complaint. Defendants respectfully request the Court extend such deadline by forty-five (45) days, up to and including October 24, 2024.

6. Defendants conferred with counsel for Plaintiff prior to the filing of the instant motion, and Plaintiff does not oppose the extension requested herein.

WHEREFORE, Defendants respectfully request the Court extend the deadline for Defendants to answer or otherwise plead in response to the Complaint up to and including October 24, 2024 and enter such further and other relief as the Court finds appropriate under the circumstances.

Dated: September 5, 2024                    Respectfully submitted,

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

By: */s/ Lacey S. Bryan*
James Markus, #25065
Lacey S. Bryan #51908
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Facsimile (303) 830-0809
jmarkus@markuswilliams.com
lbryan@markuswilliams.com

*Counsel for Real Estate Equity Exchange, Inc., Unison Agreement Corp., Odin New Horizon Real Estate Fund LP, and Unison Investment Management, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 5, 2024 pursuant to L.B.R. 9013-1 and 9036-1 a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO ADVERSARY COMPLAINT** and the proposed order thereto was electronically filed and served via e-mail on the following:

**Via CM/ECF**

Shennan Kavanagh
skavanagh@nclc.org

Alex Witteveld
awitteveld@colegalserv.org


Dated: September 5, 2024          */s/ Serina Schaefer*
                                  Markus Williams Young & Hunsicker LLC
                                  1775 Sherman Street, Suite 1950
                                  Denver, CO 80203
                                  Telephone: 303-830-0800