**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re<br><br>DEBORAH DEE STONE<br><br>Debtor. | Case No. 24-12767 MER<br><br>Chapter 13 |
| DEBORAH DEE STONE,<br><br>Plaintiff,<br><br>v.<br><br>REAL ESTATE EQUITY EXCHANGE, INC; UNISON AGREEMENT CORP.; ODIN NEW HORIZON REAL ESTATE FUND LP; and UNISON INVESTMENT MANAGEMENT, LLC,<br><br>Defendants. | Adversary No. 24-01181 MER |

**CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**JEREMY CREELAN**, hereby certifies as follows:

1. I am an attorney of law of the State of New York and am admitted to the District of Colorado. I am a partner of the law firm of Jenner & Block LLP, counsel for Defendants Real Estate Equity Exchange, Inc., Unison Agreement Corp., Odin New Horizon Real Estate Fund LP, and Unison Investment Management, LLC (collectively, "Unison") in the above-captioned matter. I am familiar with the facts stated herein.

2. This certification is submitted in support of Defendants' Motion to Dismiss the Adversary Complaint filed by Plaintiff Deborah Dee Stone.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Offer Package provided by Unison to Deborah Dee Stone. The Offer Package bears Ms. Stone's signature dated December 19, 2018.

4. Attached hereto collectively as **Exhibit 2** is a true and correct copy of the documents memorializing the HomeOwner Agreement between Unison and Deborah Dee Stone, which bear Ms. Stone's signature dated December 22, 2018. This Exhibit includes the following documents:

a. **Exhibit 2-1** is the Unison HomeOwner Option Agreement.

b. **Exhibit 2-2** is the Unison HomeOwner Covenant Agreement.

c. **Exhibit 2-3** is the Memorandum of Union HomeOwner Agreement..

d. **Exhibit 2-4** is the Unison HomeOwner Security Instrument.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an October 31, 2018 email from noreply@unison.com to Deborah Dee Stone (debdstone@gmail.com), copying Kevin Renaud (kevin.renaud@unison.com).

6. Attached hereto as **Exhibit 4** is a true and correct copy of a November 15, 2018 email from Kevin Renaud (kevin.renaud@unison.com) to Deborah Stone (debdstone@gmail.com).

7. Attached hereto as **Exhibit 5** is a true and correct copy of a November 27, 2018 email chain between Bob Afable (bob.afable@unisonim.com) and Deborah Stone (debdstone@gmail.com), copying Kevin Renaud (kevin.renaud@unison.com).

8. Attached hereto as **Exhibit 6** is a true and correct copy of a December 5, 2018 email chain between Kevin Renaud (kevin.renaud@unison.com) and Deborah Stone (debdstone@gmail.com).

9. Attached hereto as **Exhibit 7** is a true and correct copy of a December 10, 2018 email chain between Kevin Renaud (kevin.renaud@unison.com) and Deborah Stone (debdstone@gmail.com).

10. Attached hereto as **Exhibit 8** is a true and correct copy of a December 12, 2018 email chain between Kevin Renaud (kevin.renaud@unison.com) and Deborah Stone (debdstone@gmail.com).

11. Attached hereto as **Exhibit 9** is a true and correct copy of a December 13, 2018 email chain between Kevin Renaud (kevin.renaud@unison.com) and Deborah Stone (debdstone@gmail.com).

12. Attached hereto as **Exhibit 10** is a true and correct copy of a December 19, 2018 email from Kevin Renaud (kevin.renaud@unison.com) to Deborah Stone (debdstone@gmail.com).

13. Attached hereto as **Exhibit 11** is a true and correct copy of a December 19, 2018 email from Kevin Renaud (kevin.renaud@unison.com) to Deborah Stone (debdstone@gmail.com).

14. Attached hereto as **Exhibit 12** is a true and correct copy of a January 2, 2019 email from Deborah Stone (debdstone@gmail.com) to Kevin Renaud (kevin.renaud@unison.com).

15. **Exhibit 13** is a true and correct copy of audio recordings of two phone calls between Kevin Renaud and Deborah Stone. These comprise: (a) a recording of a November 8, 2018 call between Mr. Renaud and Ms. Stone and (b) a recording of a December 10, 2018 call between Mr. Renaud and Ms. Stone. Exhibit 13 will be conventionally filed with the Court as a .WAV audio file on a USB drive. I have also served copies of Exhibit 13 on all counsel of record.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the Assignment of Unison HomeOwner Agreement, which bears the signature of Ismael Casas, Jr., Vice President of Unison Agreement Corp., dated December 19, 2018.

17. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ Jeremy Creelan
Jeremy Creelan

DATED: October 24, 2024