# EXHIBIT 2-3

4457458 01/03/2019 11:10 AM
Total Pages: 8 Rec Fee: $48.00
Carly Koppes - Clerk and Recorder, Weld County, CO

**Prepared by, recording requested by, and when recorded mail to:**

Unison Agreement Corp.
P.O. Box 26800
San Francisco, CA 94126-6800

Unison HomeOwner Agreement ID Number:
FRX-114084

Parcel # 095923374002

## MEMORANDUM OF UNISON HOMEOWNER AGREEMENT

This **MEMORANDUM OF UNISON HOMEOWNER AGREEMENT** ("**Unison HomeOwner Recorded Memorandum**") is entered into as of 12/19/2018 ("**Effective Date**") by and between DEBORAH DEE STONE (individually or collectively "**Owner**") and Unison Agreement Corp., a Delaware corporation, and its successors and assignees ("**Benefited Party**"), whose address is 650 California Street, Suite 1800, San Francisco, CA 94108.

### MEMORANDUM OF UNISON HOMEOWNER AGREEMENT

Owner hereby declares that Owner has entered into that certain Unison HomeOwner Agreement ("**Unison HomeOwner Agreement**") with Benefited Party, as of the Effective Date, pursuant to which Owner grants and conveys to Benefited Party the option to purchase an undivided percentage interest in that certain real property (the "**Property**") described in attached **SCHEDULE A** ("**Option**") and pursuant to which Owner has made certain covenants and promises to, or for the benefit of, Benefited Party in connection with the Property, all as more particularly described and on the terms and conditions stated in the Unison HomeOwner Agreement. The percentage interest shall equal the Investor Percentage as specified in the Unison HomeOwner Option Agreement. The Option is irrevocable by Owner. The term of the Option shall commence on the Effective Date and shall expire at 11:59 p.m., Pacific Time, on the day immediately preceding the thirtieth (30th) anniversary of the Effective Date ("**Expiration Date**") (subject to certain extensions as set forth in the Unison HomeOwner Agreement). The terms of the Unison HomeOwner Agreement are hereby incorporated into this Unison HomeOwner Recorded Memorandum by this reference.

### MEMORANDUM OF COVENANTS RUNNING WITH THE LAND

This Unison HomeOwner Recorded Memorandum identifies the covenants and promises set forth in the Unison HomeOwner Agreement that run with the land and will be binding upon any party who acquires Owner's interest in the Property so long as the Unison HomeOwner Agreement has not expired or been terminated. The Unison HomeOwner Agreement covenants are deemed to be covenants running with the land within the meaning of the applicable law of the State of Colorado so as to give it the broadest possible application, and include, without limitation:


© 2018, **Unison** Form 301 HO-Multi (rev. 7/18/2018)

a. **Section 8.2** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to maintain and repair the Property and to ensure that use of the Property complies with all applicable state, federal and local laws and regulations.

b. **Section 8.16** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to maintain insurance on the Property against certain hazards.

c. **Section 8.10** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to pay all taxes and assessments accruing on the Property.

d. **Section 8.8** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to occupy the Property as Owner's principal residence and prohibits use of the Property for commercial or other non-residential purposes.

e. **Section 8.9** of the Unison HomeOwner Covenant Agreement which, among other things, restricts the ability of Owner to increase the amount of debt to third parties secured by liens on the Property beyond the Maximum Authorized Debt specified in the Unison HomeOwner Agreement, and requires Owner to keep the Property free of liens prohibited under the terms of the Unison HomeOwner Agreement or not otherwise approved by Benefited Party.

f. **Article Three** of the Unison HomeOwner Covenant Agreement which, among other things, restricts the right of Owner to transfer the Property other than as expressly permitted under the terms of the Unison HomeOwner Agreement.

[This space is intentionally left blank.]

RELEASE

This Unison HomeOwner Recorded Memorandum shall remain in full force and effect until released by a written termination or quitclaim deed executed and notarized by Benefited Party and recorded in the real property records for the county where the Property is located, or until extinguished by operation of law.

[Signatures appear on the following page.]



© 2018, **Unison**

READ THIS DOCUMENT CAREFULLY BEFORE SIGNING IT. ALL PRIOR ORAL, ELECTRONIC AND WRITTEN COMMUNICATIONS AND AGREEMENTS FROM OR WITH BENEFITED PARTY, INCLUDING ALL CORRESPONDENCE, OFFER LETTERS, TERM SHEETS, PRINTED MATERIALS, DISCLOSURES, AND THE PROGRAM GUIDE, ARE MERGED INTO AND SUPERSEDED AND REPLACED BY THIS UNISON HOMEOWNER RECORDED MEMORANDUM, THE OTHER TRANSACTION DOCUMENTS, AND THE OTHER WRITTEN AGREEMENTS MADE BY AND BETWEEN OWNER AND BENEFITED PARTY AS OF THE EFFECTIVE DATE.

IN WITNESS WHEREOF, the undersigned Benefited Party and Owner have each executed this Unison HomeOwner Recorded Memorandum as of the date set forth above.

**BENEFITED PARTY:**

Unison Agreement Corp., a Delaware corporation

By: ______________________

Name: Ismael Casas, Jr.

Title: Vice President

Date signed: 12/19/2018

**OWNER:**

By: ______________________
Deborah Dee Stone

Date signed: ______________________

By: ______________________

Date signed: ______________________

By: ______________________

Date signed: ______________________

By: ______________________

Date signed: ______________________

**Property Address:**

202 Lucca Dr

Evans, CO 80620



© 2018, Unison

## BENEFITED PARTY'S ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA)
) ss.
COUNTY OF SAN FRANCISCO)

On December 19, 2018, before me Brandan William Carlson, Notary Public, personally appeared Ismael Casaz Jr. who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ______________________ (seal)

BRANDAN WILLIAM CARLSON
Notary Public – California
San Francisco County
Commission # 2215220
My Comm. Expires Sep 22, 2021



© 2018, Unison

READ THIS DOCUMENT CAREFULLY BEFORE SIGNING IT. ALL PRIOR ORAL, ELECTRONIC AND WRITTEN COMMUNICATIONS AND AGREEMENTS FROM OR WITH BENEFITED PARTY, INCLUDING ALL CORRESPONDENCE, OFFER LETTERS, TERM SHEETS, PRINTED MATERIALS, DISCLOSURES, AND THE PROGRAM GUIDE, ARE MERGED INTO AND SUPERSEDED AND REPLACED BY THIS UNISON HOMEOWNER RECORDED MEMORANDUM, THE OTHER TRANSACTION DOCUMENTS, AND THE OTHER WRITTEN AGREEMENTS MADE BY AND BETWEEN OWNER AND BENEFITED PARTY AS OF THE EFFECTIVE DATE.

IN WITNESS WHEREOF, the undersigned Benefited Party and Owner have each executed this Unison HomeOwner Recorded Memorandum as of the date set forth above.

**BENEFITED PARTY:**

Unison Agreement Corp., a Delaware corporation

By: ______________________

Name: Ismael Casas, Jr.

Title: Vice President

Date signed: ______________________

**OWNER:**

By: Deborah Dee Stone
Deborah Dee Stone

Date signed: 12/22/2018

By: ______________________

Date signed: ______________________

By: ______________________

Date signed: ______________________

By: ______________________

Date signed: ______________________

**Property Address:**

202 Lucca Dr

Evans, CO 80620



© 2018, **Unison**

## ~~BENEFITED PARTY'S~~ ACKNOWLEDGMENT

Owners

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ~~CALIFORNIA)~~ Colorado
) ss.
COUNTY OF ~~SAN FRANCISCO)~~ Weld

On December 22, 2018, before me Shirley M. Dodge, Notary Public, personally appeared Deborah Dee Stone, who proved to me on the basis of satisfactory evidence to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that ~~he~~/she/~~they~~ executed the same in ~~his~~/her/~~their~~ authorized capacity(~~ies~~) and that by ~~his~~/her/~~their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ~~California~~ Colorado that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature SMD (seal)
Shirley M. Dodge

SHIRLEY M DODGE
Notary Public - State of Colorado
Notary ID 19894002402
My Commission Expires Feb 16, 2021



© 2018, **Unison**

# OWNERS' ACKNOWLEDGMENT

**[Notary Acknowledgment(s) must be attached.]**



© 2018, **Unison**

## SCHEDULE A

## LEGAL DESCRIPTION

That certain real property situated in the City of Evans, County of Weld, State of Colorado, described as follows:

THE FOLLOWING REAL PROPERTY IN THE COUNTY OF WELD, AND STATE OF COLORADO, TO WIT;

CONDOMINIUM UNIT 202, MONTEVISTA CONDOMINIUMS AT TUSCANY, SUPPLEMENT NO. 1, ACCORDING TO THE CONDOMINIUM MAP THEREOF RECORDED DECEMBER 27, 2002, UNDER RECEPTION NO. 3018741, IN THE RECORDS OF THE OFFICE OF THE CLERK AND RECORDER OF WELD COUNTY, COLORADO, AND AS DEFINED AND DESCRIBED IN THE CONDOMINIUM DECLARATION FOR MONTEVISTA CONDOMINIUMS AT TUSCANY, RECORDED NOVEMBER 5, 2002 UNDER RECEPTION NO. 3002492, AND AMENDMENT THERETO RECORDED DECEMBER 27, 2002 AT RECEPTION NO. 3018740, AND RERECORDED JANUARY 14, 2003 UNDER RECEPTION NO. 3023795 IN SAID RECORDS. SUBJECT TO THE TERMS, CONDITIONS AND OBLIGATIONS AS CONTAINED IN SAID DECLARATION AND AMENDMENTS THERETO, COUNTY OF WELD, STATE OF COLORADO.

WITH ALL ITS APPURTENANCES AND WARRANTS THE TITLE TO THE SAME, SUBJECT TO GENERAL TAXES FOR THE YEAR 2016 AND THOSE SPECIFIC EXCEPTIONS DESCRIBED BY REFERENCE TO RECORDED DOCUMENTS AS REFLECTED IN THE TIDE DOCUMENTS ACCEPTED BY GRANTEE(S) IN ACCORDANCE WITH RECORD TIDE MATTERS (SECTION 82) OF THE CONTRACT TO BUY AND SELL REAL ESTATE RELATING TO THE ABOVE DESCRIBED REAL PROPERTY; DISTRIBUTION UTILITY EASEMENTS, (INCLUDING CABLE TV); THOSE SPECIFICALLY DESCRIBED RIGHTS OF THIRD PARTIES NOT SHOWN BY THE PUBLIC RECORDS OF WHICH GRANTEE(S) HAS ACTUAL KNOWLEDGE AND WHICH WERE ACCEPTED BY GRANTEE(S) IN ACCORDANCE WITH OFF-RECORD TITLE MATTERS (SECTION 8.3) AND CURRENT SURVEY REVIEW (SECTION 9) OF THE CONTRACT TO BUY AND SELL SEAL ESTATE RELATING TO THE ABOVE DESCRIBED REAL PROPERTY; INCLUSIONS OF THE PROPERTY WITHIN ANY SPECIAL TAX DISTRICT; ANY SPECIAL ASSESSMENT IF THE IMPROVEMENTS WERE NOT INSTALLED AS OF THE DATE OF BUYER'S SIGNATURE ON THE CONTRACT TO BUY AND SELL REAL ESTATE, WHETHER ASSESSED PRIOR TO OR AFTER CLOSING; AND OTHER NONE.

APN/Tax ID Number/Parcel Identification Number: 095923374002

[end of legal description]



© 2018, **Unison**