# EXHIBIT 3

**Subject :** **Your Completed Application Package**
**From :** noreply@unison.com
**Date :** **5 years ago** Wed, 31 Oct 2018 16:51:36 -0700
**To :** debdstone@gmail.com
**Cc :** kevin.renaud@unison.com
**Bcc/DL :** noreply@unison.com

---

Hello Deborah,

Thank you for signing your Unison HomeOwner application. You can view and download the completed application on the application portal.

Your next step is to upload your documents. Please return to the application and upload your documents for review.

**My Application**

Regards,

The Unison Team