# EXHIBIT 4

**Subject :** **Unison Appraisals**
**From :** Kevin Renaud <kevin.renaud@unison.com>
**Date :** **5 years ago** Thu, 15 Nov 2018 05:40:03 -0800
**To :** "debdstone@gmail.com" <debdstone@gmail.com>

Hi Deborah, there will only be 1 appraisal required at this time.