# EXHIBIT 5

**Subject :** **RE: STONE: Your Unison Application Update - 11/12/18**
**From :** <debdstone@gmail.com>
**Date :** **5 years ago** Tue, 27 Nov 2018 23:11:33 -0800
**To :** <bob.afable@unisonim.com>
**Cc :** <kevin.renaud@unison.com>

This message was sent securely using Zix®

Below is the contact information for the HOA:

OneWay Community Management
1008 8th St.
Greeley, Co. 80631
970-515-5004
Lisa Daigle
ldaigle@onewayhoa.com

--- Originally sent by bob.afable@unisonim.com on Nov 27, 2018 7:16 PM ---

This message was sent securely using Zix®

Hello Deborah,

Hope you are well. We are currently still processing your file with our Investment Analyst Team. They have requested the following:

- **Please provide contact information for Condo/HOA Information: Please provide Email and Phone Number**

Please provide this information asap so we can ensure we can process your file in a timely matter.

Thank you in advance. 

**Bob Afable**
Transaction Specialist

Unison Investment Management
650 California St. Suite 1800
San Francisco, CA 94108
www.unisonim.com
www.unison.com

T: 415.349.5267

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison

HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.

---

**From:** Bob Afable
**Sent:** Monday, November 12, 2018 4:03 PM
**To:** debdstone@gmail.com
**Cc:** Kevin Renaud <kevin.renaud@unison.com>
**Subject:** STONE: Your Unison Application Update - 11/12/18

Unison HomeOwner Agreement ID Number: FRX-114084

Dear Deborah Stone:

Thank you for allowing Unison to assist with your home financing needs. We are excited to partner with you to provide the financial flexibility that can allow you to focus on what is most important to you and your family.

Please provide the following information, if any, as soon as you can so that we can continue processing your application.

**Please note at this time, you have nothing further to provide.**

A copy of the declaration page of your homeowner's insurance policy if you have not already done so. We will request the insurance agency to add Unison in the second lien position with the following mortgagee clause **at closing**:

Unison Agreement Corp.

Its successors and assigns, as an insured as their interest may appear

Attention: Asset Management,

P.O. Box 26800, San Francisco, CA 94126-6800

HomeOwner ID: FRX-114084

**I will soon be ordering the Appraisal, Home Inspection, and Property Report for your property. You will be receiving a phone call and/or email to schedule these at your earliest convenience. Contact me immediately if there are any issues or concerns with this.**

If you would like the opportunity to review a sample version of the legal documents that make up the Unison HomeOwner Agreement, please let me or your Program Specialist know.

We look forward to closing your deal for you as soon as possible and you should expect someone from our closing team to reach out if any other questions arise and to schedule an appraisal and inspection.

Thank you, again, for the opportunity to work with you. If you have any questions, please contact me at bob.afable@unison.com or 415-349-5267.

Sincerely,

This message was secured by **Zix**®.

This message was secured by **Zix**®.