# EXHIBIT 6

**Subject :** **Re: Unison Program Status for 202 Lucca, Dr Evans, CO 80620**
**From :** Debbie Stone <debdstone@gmail.com>
**Date :** **5 years ago** Wed, 5 Dec 2018 08:57:38 -0800
**To :** kevin.renaud@unison.com
**Attachments :** image447689.png (15KB)
image205364.png (731)
image625203.png (528)
image833201.png (576)
image447689.png (15KB)

---

Thank you!

On Wed, Dec 5, 2018 at 9:56 AM Kevin Renaud <kevin.renaud@unison.com> wrote:

> Hi Deborah, yes I actually sent an email to Bob this morning to see what the status is. Once I have a response from him I will let you know. Sorry for the delay, I will figure it out.
>
> **Kevin Renaud**
> Program Specialist
>
> Unison Home Ownership Investors
> 650 California St. Suite 1800
> San Francisco, CA 94108
>
> www.unison.com
>
> T: 415.960.3109
> F: 888.279.7983
>
> Twit Face Link
>
> CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.
>
> ---
>
> **From:** Debbie Stone <debdstone@gmail.com>
> **Sent:** Wednesday, December 5, 2018 11:54:52 AM
> **To:** Kevin Renaud
> **Subject:** Unison Program Status for 202 Lucca, Dr Evans, CO 80620
>
> Hi Kevin,
>
> It's been a couple weeks since I have had the appraisal and house inspection. Just wondering what the status is for my program application. Please advise when you can.
>
> Thank you,
>
> Debbie Stone
> 202 Lucca Dr, Evans, CO 80620
> 303-880-7710