# EXHIBIT 7

**Subject :** **Re: Unison final numbers**
**From :** Kevin Renaud <kevin.renaud@unison.com>
**Date :** **5 years ago** Mon, 10 Dec 2018 11:12:17 -0800
**To :** Debbie Stone <debdstone@gmail.com>
**Attachments :** image088710.png (15KB)
image768368.png (731)
image707202.png (528)
image985795.png (576)
image399787.png (15KB)
image597103.png (731)
image320745.png (528)
image426552.png (576)

Deborah, below is the example of how the simple math and the option math workout to be the same, the option math just shows how the money is legally executed. The Originally Agreed Value is accurate as the home did appraise for $200,000. The other numbers provided are just hypothetical. We obviously don't know what the ending value is going to be and I don't know for sure how much you want from us. So those numbers can change, just wanted to show how the mechanics work.

Unison Payment Calculator

| | |
|---|---|
| Original Agreed Value | $200,000.00 |
| Ending Agreed Value | $220,000.00 |
| Investment Payment | $30,000.00 |
| Investor Percentage | 60.00% |

This calculator presents two ways to calculate the payment to Unison when the agreement ends. The "Simple Math" is just that: a simple way to perform the calculations. The "Option Math" follows what is actually written in the contract. The Simple Math and Option Math always produce the same result.

SIMPLE MATH

| | | | |
|---|---|---|---|
| | | $220,000.00 | Ending value |
| | - | $200,000.00 | Minus the starting value |
| | = | $20,000.00 | Equals the change in value |
| | x | 60.00% | Times the Investor Percentage |
| | = | **$12,000.00** | Equals Unison's profit |
| | + | $30,000.00 | Plus Unison's original investment (what we give you at the start) |
| | = | **$42,000.00** | Equals Unison's Payment when the Agreement ends |

OPTION MATH

| | | | |
|---|---|---|---|
| 1. At The Start | | $200,000.00 | Starting Value |
| | x | 60.00% | Times the Investor Percentage |
| | = | $120,000.00 | Equals the Purchase Price (the total price Unison will pay to purchase 60% of your home at the time you sell) |
| | - | $30,000.00 | Minus the Investment Payment (this is what we give you at the start - think of the Investment Payment as an initial installment on the Purchase Price) |
| | = | $90,000.00 | Equals the Purchase Price Balance (the remainder of the Purchase Price; Unison will pay this to exercise its option when the Agreement ends) |

These numbers are established at the start and can be found in the Option Agreement

| | | | |
|---|---|---|---|
| 2. At The End | | $220,000.00 | Ending value |
| | x | 60.00% | Times the Investor Percentage |
| | = | $132,000.00 | Equals Unison's 60% share of your home's ending value |
| | - | $90,000.00 | Minus the Purchase Price Balance |
| | = | **$42,000.00** | Equals Unison's Payment when the Agreement ends |

When you sell your home, Unison exercises its option by paying you the Purchase Price Balance, and then has the right to receive its 60% share of your home's ending value. Rather than making two offsetting payments, the two payments are netted against each other.

**Kevin Renaud**
Program Specialist

unison

Unison Home Ownership Investors
650 California St. Suite 1800
San Francisco, CA 94108

www.unison.com

T: 415.960.3109
F: 888.279.7983

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.

**From:** Kevin Renaud
**Sent:** Monday, December 10, 2018 1:45:02 PM
**To:** Debbie Stone
**Subject:** Re: Unison final numbers

I will, working on it shortly

---

**From:** Debbie Stone <debdstone@gmail.com>
**Sent:** Monday, December 10, 2018 1:44:27 PM
**To:** Kevin Renaud
**Subject:** Re: Unison final numbers

Perfect! And if you send me the options math document I will print it out before meeting.

Thanks!

On Mon, Dec 10, 2018 at 11:40 AM Kevin Renaud <kevin.renaud@unison.com> wrote:

> Deborah, how is 2 o'clock your time, which is 4 pm my time. Gives me a little time to get everything in order for your file so we can take the time needed to discuss in full and get this wrapped up for you.
>
> **Kevin Renaud**
> Program Specialist
>
> Unison Home Ownership Investors
> 650 California St. Suite 1800
> San Francisco, CA 94108
>
> www.unison.com
>
> T: 415.960.3109
> F: 888.279.7983
>
> CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.
>
> ---
>
> **From:** Debbie Stone <debdstone@gmail.com>
> **Sent:** Monday, December 10, 2018 1:35:46 PM
> **To:** Kevin Renaud
> **Subject:** Re: Unison final numbers
>
> I'm pretty flexible today. Your are busier than I. What time works for you?
>
> On Mon, Dec 10, 2018 at 11:32 AM Kevin Renaud <kevin.renaud@unison.com> wrote:
>
>> Hi Deborah, yes tonight is my late night, so I am here until 9pm eastern. We will cover the Program Knowledge Review so that will be handy. I'm also going to send you a hypothecial of how the option math works. I want you to be able to see it as we discuss it. We will answer every and all questions that you have, so don't worry about that. What time is good for you today?
>>
>> **Kevin Renaud**
>> Program Specialist
>>
>> Unison Home Ownership Investors
>> 650 California St. Suite 1800
>> San Francisco, CA 94108
>>
>> www.unison.com
>>
>> T: 415.960.3109
>> F: 888.279.7983
>>
>> Twit Face Link
>>
>> CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.
>>
>> ---
>>
>> **From:** Debbie Stone <debdstone@gmail.com>
>> **Sent:** Monday, December 10, 2018 1:29:48 PM
>> **To:** Kevin Renaud
>> **Subject:** Re: Unison final numbers
>>
>> Hi Kevin,
>>
>> Are you still planning on meeting with me today? If so, do you have a scheduled time?
>>
>> I will want to take some notes, would it be good for me to have the guide as we go through everything?
>>
>> Thanks much!
>>
>> Debbie
>> 303-880-7710
>>
>> On Fri, Dec 7, 2018 at 1:40 PM Kevin Renaud <kevin.renaud@unison.com> wrote:
>>
>>> Hi Deborah, your file is currently in final underwriting review. I should have the final value on Monday. I work later on Mondays so I 'm in the office until about 9pm Eastern. When is a good time to discuss the final numbers and go over the Program Knowledge review together.
>>> **Kevin Renaud**

Program Specialist

Unison Home Ownership Investors
650 California St. Suite 1800
San Francisco, CA 94108

www.unison.com

T: 415.960.3109
F: 888.279.7983

Twit Face Link

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.