# EXHIBIT 8

**Subject :** **Re: Unison Program Loan**
**From :** Kevin Renaud <kevin.renaud@unison.com>
**Date :** **5 years ago** Wed, 12 Dec 2018 13:55:13 -0800
**To :** Debbie Stone <debdstone@gmail.com>
**Attachments :** image369604.png (15KB)
image862503.png (731)
image593419.png (528)
image970380.png (576)
image167275.png (15KB)
image528805.png (731)
image034016.png (528)
image987134.png (576)
image077232.png (15KB)
image392340.png (731)
image037736.png (528)
image353882.png (576)
image076636.png (15KB)
image168124.png (731)
image716372.png (528)
image614567.png (576)
Outlook-Inline ima.png (25KB)
image509959.png (15KB)
image224619.png (731)
image662237.png (528)
image533188.png (576)

Any two liabilities listed below will put us under 70% DTI.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | SYNCB/AMAZON | Revolving | CreditCard | $182 | $25 | ☐ |
| ☐ | ☐ | CAPITALONE | Revolving | CreditCard | $105 | $25 | ☐ |
| ☐ | ☐ | SYNCB/WALMART | Revolving | CreditCard | $105 | $25 | ☐ |
| ☐ | ☐ | OLLO/CWS | Revolving | CreditCard | $98 | $27 | ☐ |
| ☐ | ☐ | THD/CBNA | Revolving | CreditCard | $66 | $27 | ☐ |
| ☐ | ☐ | CBNA | Revolving | CreditCard | $62 | $27 | ☐ |

**Kevin Renaud**
Program Specialist

unison

Unison Home Ownership Investors
650 California St. Suite 1800
San Francisco, CA 94108

www.unison.com

T: 415.960.3109
F: 888.279.7983

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.

**From:** Debbie Stone <debdstone@gmail.com>
**Sent:** Wednesday, December 12, 2018 4:48:51 PM

**To:** Kevin Renaud
**Subject:** Re: Unison Program Loan

Hi Kevin, I am home now. You may call anytime. Thanks!

On Wed, Dec 12, 2018 at 12:52 PM Kevin Renaud <kevin.renaud@unison.com> wrote:

Yeah, I will call before I leave for the day

Get Outlook for iOS

**Kevin Renaud**
Program Specialist

UNISON

Unison Home Ownership Investors
650 California St. Suite 1800
San Francisco, CA 94108

www.unison.com

T: 415.960.3109
F: 888.279.7983

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.

---

**From:** Debbie Stone <debdstone@gmail.com>
**Sent:** Wednesday, December 12, 2018 2:51 PM
**To:** Kevin Renaud
**Subject:** Re: Unison Program Loan

I have an appt at 2 my time, can you call after 3pm? (That's 5 your time??)

On Wed, Dec 12, 2018 at 12:35 PM Kevin Renaud <kevin.renaud@unison.com> wrote:

I'm getting answers now, I will call you in about 30 minutes to go over a couple. This won't affect much, we will discuss

Get Outlook for iOS

**Kevin Renaud**
Program Specialist

UNISON

Unison Home Ownership Investors
650 California St. Suite 1800
San Francisco, CA 94108

www.unison.com

T: 415.960.3109
F: 888.279.7983

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.

---

**From:** Debbie Stone <debdstone@gmail.com>
**Sent:** Wednesday, December 12, 2018 2:33 PM
**To:** Kevin Renaud
**Subject:** Re: Unison Program Loan

It's difficult for me to tell you which ones have zero balance without having a list of the accounts in question. I just checked Experian and my score is 713 as of today. I realize that the debt to income ratio is a different calculation. If you can let me know which accounts are in question, I can then print a current statement for you.

Thanks!

On Wed, Dec 12, 2018 at 11:54 AM Kevin Renaud <kevin.renaud@unison.com> wrote:

Hi Deborah, when looking at your credit report, and I do believe that we discussed this, are all the balances on your credit cards still really small? We may have to pay off a couple of these low balances to make your Debt to income ratio qualify. I'm working on it currently with the investment team, to see what we have to do. If any of these cards currently have a zero balance let me know so I can get those excluded. I would need new statements, but let me see what is required first. I will be in touch.

**Kevin Renaud**
Program Specialist

Unison Home Ownership Investors
650 California St. Suite 1800
San Francisco, CA 94108

www.unison.com

T: 415.960.3109
F: 888.279.7983

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.

---

**From:** Kevin Renaud
**Sent:** Wednesday, December 12, 2018 12:26:45 PM
**To:** Debbie Stone
**Subject:** Re: Unison Program Loan

Thank you Deborah, I will send it over and let you know when I get the offer package back. Could be on Friday, but most likely at the beginning of next week. I will talk to you soon.

---

**From:** Debbie Stone <debdstone@gmail.com>
**Sent:** Wednesday, December 12, 2018 12:25:42 PM
**To:** Kevin Renaud
**Subject:** Re: Unison Program Loan

Hi Kevin,

This email is to confirm that I want to take the option of $35K for a Unison share of 70%.

Thank you!

Deborah D. Stone
303-880-7710

On Wed, Dec 12, 2018 at 6:36 AM Kevin Renaud <kevin.renaud@unison.com> wrote:

Hi Deborah, everything you calculated looks correct. The next step would be submitting the final numbers to Bob so he can put together an offer package for you. Please just confirm that you want the 35k for a Unison share of 70%.

**Kevin Renaud**
Program Specialist

UNISON

Unison Home Ownership Investors
650 California St. Suite 1800
San Francisco, CA 94108

www.unison.com

T: 415.960.3109
F: 888.279.7983

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.

---

**From:** Debbie Stone <debdstone@gmail.com>
**Sent:** Tuesday, December 11, 2018 10:13:26 PM
**To:** Kevin Renaud
**Subject:** Unison Program Loan

Hi Kevin,

Would you please take just a few minutes and check my calculations below. I made a work sheet for myself that is similar to the Option Math calculation. It should only take a couple of minutes.

## At the Start

| | |
|---|---|
| Starting Value | 200,000 |
| **Times** Investor Percentage | 70% |
| **Equals** Purchase Price (Price Unison will pay to purchase 60% of your home at the time you sell) 3 to 30 yrs | 140,000 |
| **Minus** Investment Payment (this is what Unison gave to me at the start - think of the Investment Payment as an initial installment on the Purchase Price) | 35,000 |
| **Equals** the Purchase Price Balance (the remainder of the Purchase Price; Unison will pay this to exercise its option when the Agreement ends) | 105,000 |

| | |
|---|---|
| Loan Amount | 35,000 |
| Minus Paydown on current mortgage (Goes directly to my lender) | 2,537 |
| Minus 3.9% Transaction Fee (based on Loan Amount) | 1,365 |
| Equals Cash Loan Amount Due to Me | 31,098 |

**IF** everything is calculated correctly then this is the option I choose. My current mortgage lender is Quicken Loans and I can have the paydown on my current mortgage applied anyway I wish. However, I need to let them know prior to them receiving the check so that when the check arrives they will know how to apply the money. So if you can let me know when that check gets mailed, I can call them and make the arrangements.

Can you please provide me a list of the next steps, including closing, etc.

Thanks so much!

Debbie Stone (Please put *Deborah D. Stone* on all documentation)
303-880-7710