# EXHIBIT 9

**Subject :** **Re: November Statements**
**From :** Kevin Renaud <kevin.renaud@unison.com>
**Date :** **5 years ago** Thu, 13 Dec 2018 12:12:53 -0800
**To :** Debbie Stone <debdstone@gmail.com>
**Attachments :** image072787.png (15KB)
image783336.png (731)
image485604.png (528)
image598901.png (576)

---

Hi Deborah, I was literally in the middle of typing you a message when you sent that. I believe that we are good, the file had movement about 30 minutes ago, so we are headed in the right direction. If anything comes up I will let you know, but hopefully the next time we are in contact it is because I am sending you the offer package. Thanks again, I will be in touch.

**Kevin Renaud**
Program Specialist

UNISON

Unison Home Ownership Investors
650 California St. Suite 1800
San Francisco, CA 94108

www.unison.com

T: 415.960.3109
F: 888.279.7983

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.

---

**From:** Debbie Stone <debdstone@gmail.com>
**Sent:** Thursday, December 13, 2018 3:10:20 PM
**To:** Kevin Renaud
**Subject:** Re: November Statements

Hi Kevin, Did my statements meet the requirement of bringing down my monthly payments by $50 to $60?
Is my application moving forward?
Thanks!

On Wed, Dec 12, 2018 at 3:59 PM Debbie Stone <debdstone@gmail.com> wrote:

> Hi Kevin, Please find attached 3 statements from the list you provided to me. I was able to get account numbers from looking at my Experian report.
>
> 1. SYNCB/AMAZON
> 2. THD/CBNA
> 3. CBNA

If you need more information please let me know.

Thanks much!
Debbie