# EXHIBIT 10

**Subject :** **Unison Offer Package**
**From :** Kevin Renaud <kevin.renaud@unison.com>
**Date :** **5 years ago** Wed, 19 Dec 2018 05:38:00 -0800
**To :** Debbie Stone <debdstone@gmail.com>
**Attachments :** image639339.png (15KB)
image881724.png (731)
image099859.png (528)
image600981.png (576)

---

Hi Deborah, I reviewed and signed your offer package. You should see an email from Docusign. Let me know if you have any questions.

**Kevin Renaud**
Program Specialist

Unison Home Ownership Investors
650 California St. Suite 1800
San Francisco, CA 94108

www.unison.com

T: 415.960.3109
F: 888.279.7983

CONFIDENTIALITY NOTICE: The information contained herein, and any documents, files or email messages provided with it, may contain confidential, proprietary and/or trade secret information that is legally privileged. If you are not the intended recipient, or the person responsible for delivering these materials to the intended recipient, you are hereby on notice of its status. Any disclosure, copying, distribution or use of any information contained in or attached to this transmission is STRICTLY PROHIBITED except with respect to your evaluation of whether to enter into a Unison HomeOwner Agreement or a Unison HomeBuyer Agreement. If you have received this transmission in error, please notify us immediately by reply email, by forwarding this to info@unison.com, or by telephone at (415) 992-4200. In addition, please destroy all records of the transmission and any attachments thereto without reading or saving in any manner. Thank you.