# EXHIBIT 11

**Subject :** **Unison option contract**
**From :** Kevin Renaud <kevin.renaud@unison.com>
**Date :** **5 years ago** Wed, 19 Dec 2018 13:38:19 -0800
**To :** Debbie Stone <debdstone@gmail.com>
**Attachments :** Unison HomeOwner CO Sample Contract Set.pdf (1020KB)

---

Deborah, here are the legal documents for the state of CO.