# EXHIBIT 12

**Subject :** **Loan Proceeds Received**
**From :** Debbie Stone <debdstone@gmail.com>
**Date :** **5 years ago** Wed, 2 Jan 2019 15:39:50 -0800
**To :** Kevin Renaud <kevin.renaud@unison.com>

---

Hi Kevin,

Just wanted to let you know that I received 2 checks from Stewart Title Guaranty Company. One check is made payable to me in the amount of $31,443.00 and one check is made payable to Quicken Loans in the amount of $2,192.00. These are the amounts that we agreed on in the closing documents. So all is well.

Thank you so much for all of your help.

Debbie Stone
303-880-7710