# EXHIBIT 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re<br><br>DEBORAH DEE STONE<br><br>Debtor.<br>_______________________________<br><br>DEBORAH DEE STONE,<br><br>Plaintiff,<br><br>v.<br><br>REAL ESTATE EQUITY EXCHANGE, INC; UNISON AGREEMENT CORP.; ODIN NEW HORIZON REAL ESTATE FUND LP; and UNISON INVESTMENT MANAGEMENT, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 24-12767 MER<br><br>Chapter 13<br><br>Adversary No. 24-01181 MER |

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Defendants Real Estate Equity Exchange, Inc., Unison Agreement Corp., Odin New Horizon Rela Estate Fund LP, and Unison Investment Management, LLC (collectively, “Defendants”) have conventionally filed the following attachment or exhibit to Defendants’ Motion to Dismiss, filed October 24, 2024: Exhibit 13.

Exhibit 13 comprises audio recordings of two phone calls between Plaintiff and Kevin Renaud. These exhibits have not been filed electronically because they are .WAV audio files that are larger than 5 MB. The exhibits are being hand-delivered to the Court and served by email on all parties.

Dated: October 24, 2024

Respectfully submitted,

MARKUS WILLIAMS YOUNG &
HUNSICKER LLC

By: <u>*/s/ Lacey S. Bryan*</u>
James Markus, (CO #25065)
Lacey S. Bryan (CO #51908)
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Facsimile (303) 830-0809
jmarkus@markuswilliams.com
lbryan@markuswilliams.com

JENNER & BLOCK LLP

By: <u>*/s/ Jeremy M. Creelan*</u>
Jeremy M. Creelan (NY #2831535)
1155 Avenue of the Americas
New York, New York 10036-2711
Telephone (212) 891-1600
jcreelan@jenner.com

*Counsel for Real Estate Equity Exchange, Inc., Unison Agreement Corp., Odin New Horizon Real Estate Fund LP, and Unison Investment Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all e-filing counsels of record in this case.

*/s/ Jessica Anderson*
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: 303-830-0800