# EXHIBIT 14

**Prepared by,**
**recording requested by, and**
**when recorded mail to:**

Unison Agreement Corp.
P.O. Box 26800
San Francisco, CA 94126-6800

Unison HomeOwner Agreement ID Number:
FRX-114084

True and Certified Copy

**Assignment of Unison HomeOwner Agreement**

Unison Agreement Corp., a Delaware corporation, as "Assignor," hereby assigns for good and valuable consideration to **Odin New Horizon Real Estate Fund LP**, a Delaware limited partnership as "Assignee," all of Assignor's rights, title, interests and obligations to and under: (i) that certain Unison HomeOwner Option Agreement of even date herewith made by and between Assignor and DEBORAH DEE STONE (individually or collectively, the "Homeowner"); (ii) that certain Unison HomeOwner Covenant Agreement of even date herewith made by and between Assignor and Homeowner; (iii) that certain Memorandum of Agreement made by and between Assignor and Homeowner and being recorded concurrently and on the same date as this Memorandum of Assignment; and (iv) that certain Unison Subordinated Deed of Trust and Security Agreement made by Homeowner as "Trustor" in favor of Assignor as "Beneficiary" naming The Public Trustee of Weld County, as "Trustee" and being recorded concurrently and on the same date as this Memorandum of Assignment; which relate to, run with and encumber the real property described in Exhibit A ("Property").

IN WITNESS WHEREOF the undersigned Assignor has executed this instrument as of 12/19/2018.

Unison Agreement Corp., a Delaware corporation

By: ______________________

Name: Ismael Casas, Jr.

Title: Vice President
650 California Street, Suite 1800
San Francisco, CA 94108

**ACKNOWLEDGMENT**



© 2018, Unison

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA)
) ss.
COUNTY OF SAN FRANCISCO )

On December 19, 2018, before me Brandan William Carlson, Notary Public, personally appeared Ismael Casas Jr. who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature]

(seal)

BRANDAN WILLIAM CARLSON
Notary Public - California
San Francisco County
Commission # 2215220
My Comm. Expires Sep 22, 2021



© 2018, Unison Form 601 HO-CO (rev. 9/18/2018)

**EXHIBIT A**

**LEGAL DESCRIPTION**

That certain real property situated in the City of Evans, County of Weld, State of Colorado, described as follows:

THE FOLLOWING REAL PROPERTY IN THE COUNTY OF WELD, AND STATE OF COLORADO, TO WIT;

CONDOMINIUM UNIT 202, MONTEVISTA CONDOMINIUMS AT TUSCANY, SUPPLEMENT NO. 1, ACCORDING TO THE CONDOMINIUM MAP THEREOF RECORDED DECEMBER 27, 2002, UNDER RECEPTION NO. 3018741, IN THE RECORDS OF THE OFFICE OF THE CLERK AND RECORDER OF WELD COUNTY, COLORADO, AND AS DEFINED AND DESCRIBED IN THE CONDOMINIUM DECLARATION FOR MONTEVISTA CONDOMINIUMS AT TUSCANY, RECORDED NOVEMBER 5, 2002 UNDER RECEPTION NO. 3002492, AND AMENDMENT THERETO RECORDED DECEMBER 27, 2002 AT RECEPTION NO. 3018740, AND RERECORDED JANUARY 14, 2003 UNDER RECEPTION NO. 3023795 IN SAID RECORDS. SUBJECT TO THE TERMS, CONDITIONS AND OBLIGATIONS AS CONTAINED IN SAID DECLARATION AND AMENDMENTS THERETO, COUNTY OF WELD, STATE OF COLORADO.

WITH ALL ITS APPURTENANCES AND WARRANTS THE TITLE TO THE SAME, SUBJECT TO GENERAL TAXES FOR THE YEAR 2016 AND THOSE SPECIFIC EXCEPTIONS DESCRIBED BY REFERENCE TO RECORDED DOCUMENTS AS REFLECTED IN THE TIDE DOCUMENTS ACCEPTED BY GRANTEE(S) IN ACCORDANCE WITH RECORD TIDE MATTERS (SECTION 82) OF THE CONTRACT TO BUY AND SELL REAL ESTATE RELATING TO THE ABOVE DESCRIBED REAL PROPERTY; DISTRIBUTION UTILITY EASEMENTS, (INCLUDING CABLE TV); THOSE SPECIFICALLY DESCRIBED RIGHTS OF THIRD PARTIES NOT SHOWN BY THE PUBLIC RECORDS OF WHICH GRANTEE(S) HAS ACTUAL KNOWLEDGE AND WHICH WERE ACCEPTED BY GRANTEE(S) IN ACCORDANCE WITH OFF-RECORD TITLE MATTERS (SECTION 8.3) AND CURRENT SURVEY REVIEW (SECTION 9) OF THE CONTRACT TO BUY AND SELL SEAL ESTATE RELATING TO THE ABOVE DESCRIBED REAL PROPERTY; INCLUSIONS OF THE PROPERTY WITHIN ANY SPECIAL TAX DISTRICT; ANY SPECIAL ASSESSMENT IF THE IMPROVEMENTS WERE NOT INSTALLED AS OF THE DATE OF BUYER'S SIGNATURE ON THE CONTRACT TO BUY AND SELL REAL ESTATE, WHETHER ASSESSED PRIOR TO OR AFTER CLOSING; AND OTHER NONE.

APN/Tax Parcel ID: 095923374002



© 2018, Unison

[end of legal description]



© 2018, Unison