**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re<br><br>DEBORAH DEE STONE<br><br>Debtor. | ) | Case No. 24-12767 MER<br><br>Chapter 13 |
| DEBORAH DEE STONE,<br><br>Plaintiff,<br><br>v.<br><br>REAL ESTATE EQUITY EXCHANGE, INC; UNISON AGREEMENT CORP.; ODIN NEW HORIZON REAL ESTATE FUND LP; and UNISON INVESTMENT MANAGEMENT, LLC,<br><br>Defendants. | ) | Adversary No. 24-01181 MER |

**ORDER GRANTING MOTION TO DISMISS ADVERSARY COMPLAINT**

THIS MATTER having come before the Court on the *Motion to Dismiss Adversary Complaint* (the "Motion") filed by Defendants Real Estate Equity Exchange, Inc., Unison Agreement Corp., Odin New Horizon Real Estate Fund LP, and Unison Investment Management, LLC (together, the "Defendants"). The Court has reviewed the Motion as well as the file in this matter and being otherwise sufficiently advised, and good cause having been shown, it is therefore

ORDERED THAT the Motion is GRANTED, and all claims asserted against Defendants are dismissed, with prejudice.

DATED: ____________________, 2024.

BY THE COURT:

______________________________
United States Bankruptcy Judge