**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>Deborah Dee Stone<br><br>Debtor. | Case No. 24-12767 MER<br><br>Chapter 13 |
| Deborah Dee Stone<br><br>Plaintiff,<br><br>v.<br><br>Real Estate Equity Exchange, Inc., Unison Agreement Corp., Odin New Horizon Real Estate Fund LP, and Unison Investment Management, LLC,<br><br>Defendants. | Adversary No. 24-01181 MER |

**ORDER RE: ABSTENTION**

THIS MATTER comes before the Court on the Court's Order for Briefs on Abstention,[1] the Debtor/Plaintiff's Brief Pursuant to the Court's Order for Briefs on Abstention,[2] and Defendants' Brief Regarding Abstention Submitted Pursuant to the Court's April 10, 2025, Order.[3] The Court, after reviewing the briefs, hereby

ORDERS, the Court WILL NOT ABSTAIN. The Court will review the Motion to Dismiss filed by the Defendants[4] and the Debtor's Response[5] thereto and will contact the parties if the Court believes oral arguments regarding the Motion to Dismiss are necessary.

Dated July 8, 2025

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court

---

[1] ECF No. 27.
[2] ECF No. 29.
[3] ECF No. 30
[4] ECF No. 14.
[5] ECF No. 22.