# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re: | Case No. 24-12767 MER |
| Deborah Dee Stone | |
| Debtor. | Chapter 13 |
| Deborah Dee Stone | Adversary No. 24-01181 MER |
| Plaintiff. | |
| v. | |
| Real Estate Equity Exchange, Inc. et al. | |
| Defendants. | |

## NOTICE OF HEARING ON DISCOVERY DISPUTE

PLEASE TAKE NOTICE that a hearing on the ongoing discovery dispute between the Plaintiff Deborah Dee Stone and the Defendants Real Estate Equity Exchange, Inc. et al. will be held on **July 21, 2026, at 10:30 a.m**., in Courtroom C, United States Bankruptcy Court, 721 19th Street, Denver, Colorado.

The parties shall follow the procedure set forth in Local Bankruptcy Rule 7026-1(d), with the required report due on or before **July 14, 2026.**

DATED: June 25, 2026

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By:   Raul Cosio, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508