## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding

| July 21, 2026 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|

| In re:<br><br>Deborah Dee Stone<br><br>    Debtor. | Case No. 24-12767 MER<br><br>Chapter 11 |
|---|---|
| Deborah Dee Stone<br><br>    Plaintiff<br>v.<br><br>Real Estate Equity Exchange, Inc., Unison Agreement Corp., Odin New Horizon Real Estate Fund, LP, Unison Investment Management, LLC<br><br>    Defendants. | Adversary Proceeding No. 24-01181 MER |

Appearances:

| Plaintiffs | Deborah Dee Stone | Counsel | Shennan Kavanagh, Alex Witteveld |
|---|---|---|---|
| Defendant | | Counsel | Jamie Wells, Lacey Bryan, Alexander Gershen |

Proceedings:

In-Person Hearing on Discovery Dispute.

___

Orders:

On or before July 31, 2026, the Defendants shall produce any documents referencing the transaction with the Plaintiff, including any and all addendums containing information regarding same.  With respect to any addendums, the Defendants shall include an identification of the documents to which the addendum is attached as well as a summary of the document.

On or before July 31, 2026, the Defendants shall revise their response to Plaintiff's Interrogatory No. 7 to reflect the representation made to the Court regarding the Defendants' marketing materials.

The parties shall meet and confer to discuss more narrowly tailoring Plaintiff's Request for Production No. 26.

The parties shall file any stipulated revised scheduling order with the Court.

BY THE COURT:

KENNETH S. GARDNER, CLERK

By_____

Deputy Clerk