## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>DEBORAH DEE STONE<br><br>     Debtor. | Case No. 24-12767 MER<br>Chapter 13 |
| DEBORAH DEE STONE,<br><br>     Plaintiff,<br><br>v.<br><br>REAL ESTATE EQUITY EXCHANGE, INC; UNISON AGREEMENT CORP.; ODIN NEW HORIZON REAL ESTATE FUND LP; and UNISON INVESTMENT MANAGEMENT, LLC,<br><br>Defendants. | Adversary No. 24-01181 MER |

### STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES

Pursuant to the Court's July 21, 2026 Minute Order [ECF 68], Debtor-Plaintiff, Deborah Dee Stone ("Plaintiff") and Defendants, Real Estate Equity Exchange, Inc., Unison Agreement Corp, Odin New Horizon Real Estate Fund, LP and Unison Investment Management, LLC ("Defendants") submit this stipulation to a three-month extension of the remaining deadlines in the Court's current scheduling order [ECF 62] as follows:

| Event | Current deadline | Extended Deadline |
|---|---|---|
| Expert Disclosure | August 3, 2026 | November 3, 2026 |
| Rebuttal Expert Disclosure | October 1, 2026 | January 4, 2027 |
| Fact Discovery Cut-Off | October 1, 2026 | January 4, 2027 |
| Expert Discovery Cut-Off | December 3, 2026 | March 3, 2027 |
| Dispositive Motions | January 15, 2027 | May 17, 2027 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  August 4, 2026

**COLORADO LEGAL SERVICES**

By: */s/ Alex Witteveld*
Alex Witteveld (#41352)
215 W. Oak St., Suite 800
Fort Collins, CO 80521
Telephone (970) 493-2891
awitteveld@colegalserv.org

**NATIONAL CONSUMER LAW CENTER**

By: */s/ Shennan Kavanagh*
Shennan Kavanagh
(BBO #655174)
*Admitted to the USDC District of Colorado*
Jennifer Wagner
(WVSB #10639)
*Admitted to the USDC District of Colorado*
7 Winthrop Square, 4th Floor
Boston, MA 02110
Telephone (617) 542-8010
skavanagh@nclc.org
jwagner@nclc.org

*Counsel for Debtor/Plaintiff Deborah Dee Stone*

**MARKUS WILLIAMS LLC**

By: */s/ James Markus*
James Markus (CO #25065)
Lacey S. Bryan (CO #51908)
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Facsimile (303) 830-0809
jmarkus@markuswilliams.com
lbryan@markuswilliams.com

**SCALE LLP**

By*: /s/ Alexander J. Gershen*
Alexander J. Gershen (CA #291929)
Jamie D. Wells (CA# 290827)
2261 Market Street, Ste 85604
San Francisco, CA 94114
Telephone (415) 735-5933
agershen@scalefirm.com
jamie.wells@scalefirm.com

*Counsel for Defendants Real Estate Equity Exchange, Inc., Unison Agreement Corp., Odin New Horizon Real Estate Fund LP, and Unison Investment Management, LLC*

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____


_____
Michael E. Romero, Judge
United States Bankruptcy Court